ELIZABETH GALLIGHER, APPELLANT, V. WILLIAM J.
CONNELL ET AL., APPELLEES.

FILED NOVEMBER 8, 1895.   No. 5515.

Quieting Title: STARE DECISIS. The facts in this case and the
law applicable thereto are substantially the same as those in
*Connell v. Galligher*, 36 Neb., 749, and 39 Neb., 793, and following
these cases, the decree is affirmed.

APPEAL from the district court of Douglas county.
Heard below before DOANE, J.

*Gregory, Day & Day*, for appellant.

*Connell & Ives, contra.*

RAGAN, C.

This is in appeal from a decree of the district court of
Douglas county.   The action was one in equity brought by
Mrs. Galligher against Connell and others to have quieted
and confirmed in her the title to certain real estate.   The
real estate involved is a part of the tracts, the title to which
was litigated in *Connell v. Galligher*, 36 Neb., 749, 39 Neb.,
793.   The decision of the court in this last case controls and
supports the decree appealed from.   In the case at bar the
district court found specially that Connell was the owner
of the legal title to the premises in controversy.   This find-
ing was correct under the facts in evidence and the law.
(See *Connell v. Galligher*, 36 and 39 Neb., *supra*, in which
the evidence was substantially the same as in the case under
consideration.)   But this conclusion of the district court
was correct, if we omit all consideration of *Connell v.
Galligher*, 36 and 39 Neb., *supra*, and the evidence on
which those decisions were based, for the reason in the case
at bar Connell, among other defenses, pleaded that he and

his grantors had been in the open, notorious, exclusive, and adverse possession of the premises in controversy, claiming title thereto, for more than ten years before Mrs. Galligher brought this suit.   The evidence in the record sustains such defense.   The decree of the district court is

AFFIRMED.

IRVINE, C., not sitting.